Case 1:23-cr-00110-MKV   Document 30   Filed 03/08/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2023

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

March 8, 2023

By ECF

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:**   *United States v. Boris Aminov*, 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

  This letter is respectfully submitted with the consent of the Government to request the Court extend the deadline by which to satisfy the conditions of Mr. Aminov's bond by seven days to March 16, 2023.

  The undersigned was recently retained and thus the requested extension will permit counsel to work with Mr. Aminov to ensure the conditions are satisfied.

  Thank you for your consideration.

                Respectfully submitted,

                /s/ James Kousouros
                James Kousouros, Esq.

c.c.

Jeffrey Coyle
Assistant United States Attorney

---

**Granted. SO ORDERED.**

Date: 3/8/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1