```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023
```

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

March 15, 2023

By ECF

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Boris Aminov*, 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

    This letter is respectfully submitted, with the consent of the Government, to request that the Court extend the deadline by which to satisfy the conditions of Mr. Aminov's bond by an additional seven days, to March 23, 2023.

    The two proposed financially responsible persons have been approved by the Government. The two properties to be posted to secure the bond are subject to a trust, and the undersigned is in communication with the attorney who drafted the trust to ensure that the properties can be posted by way of Confession of Judgment.

    Thank you for your consideration.

                          Respectfully submitted,

                          /s/ James Kousouros
                          James Kousouros, Esq.

c.c.    Jeffrey Coyle
       Assistant United States Attorney

---

**Granted. SO ORDERED.**

Date: 3/16/2023
New York, New York

Mary Kay Vyskocil
United States District Judge

1