USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

March 31, 2023

<u>By ECF</u>

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *United States v. Boris Aminov*, 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

  This letter is respectfully submitted, with the consent of the Government, to request that the Court enter an Order permitting Mr. Aminov to travel to Queens, New York on the dates detailed below in order to celebrate Passover with his family and friends at their homes. Their addresses have been provided to Pretrial Services and the Government. We respectfully ask that travel clearance be granted to Mr. Aminov so that he may arrive and leave at the times stated below.

    April 5, 2023:    8:00 p.m. – 2:00 a.m. on April 6, 2023 (First Day of Passover)

    April 6, 2023:    8:00 p.m. – 2:00 a.m. on April 7, 2023 (Second Day of Passover)

    April 7, 2023:    7:00 p.m. – 12:00 a.m. on April 8, 2023 (Sabbath)

    April 12, 2023:   7:00 p.m. – 12:00 a.m. on April 13, 2023 (Seventh Day of Passover)

    April 13, 2023:   7:00 p.m. – 12:00 a.m. on April 14, 2023 (Eighth Day of Passover)

  Pretrial Services Officer Laura Gialanella has no objection to the instant request.

  Thank you for your consideration.

                Respectfully submitted,

                <u>/s/ James Kousouros</u>
                James Kousouros, Esq.

c.c. Jeffrey Coyle
Assistant United States Attorney

Laura Gialanella
Pretrial Services Officer

**Granted. SO ORDERED.**

Date: 4/3/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

2