USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:23-cr-110-MKV |
| BORIS AMINOV, CHRISTY CORVALAN, DAVID FERNANDEZ, DEZYRE BAEZ, and CRYSTAL MEDINA | CASE STATUS SHEET |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the trial in this case will begin on February 5, 2024. This is a firm trial date, and the Court will not accept delays. The trial will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. Any request by any party to test courtroom technology prior to the proceeding should be filed five days in advance of the trial.

    The parties shall file any pretrial motions by November 2, 2023. Oppositions shall be due November 16, 2023. Replies shall be due November 23, 2023. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by November 20, 2023.

    The Court will hold a final pretrial conference on January 31, 2024 at 2:00 PM.

    On the application of the Government, it is HEREBY ORDERED that, in the interest of justice, all time from today to February 5, 2024 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial in that it will allow time for the Defendants to review discovery, to evaluate any anticipated motions, to allow the parties to prepare for trial, and for the parties to engage in discussions concerning a possible pretrial disposition of this matter. All Defendants consent to the exclusion of time.

SO ORDERED.

Date: October 6, 2023
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**