```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | |
| BORIS AMINOV, CHRISTY CORVALAN, IRINA POLVANOVA, ROMAN SHAMALOV, ANTONIO PAYANO, DAVID FERNANDEZ, CRYSTAL MEDINA, JUAN HERNANDEZ, a/k/a "Pop," and ALBERT YAGUDAYEV, a/k/a "Jeff," | 1:23-cr-110-MKV<br><br>ORDER |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

In further consideration of the Government's letter filed at **ECF No. 85**, a conference is hereby scheduled for **February 27, 2024 at 11:00 AM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. **Defendants David Fernandez and Crystal Medina**, accompanied by their counsel, as well as the Government, and Defendants' respective Pretrial Services Officers shall attend this conference. The Court additionally intends to invite the Pretrial Services Officer responsible for managing the District's Young Adult Opportunity Program ("YAOP").

**SO ORDERED.**

Date: **February 15, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**