USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BORIS AMINOV, CHRISTY CORVALAN, IRINA
POLVANOVA, ROMAN SHAMALOV, ANTONIO
PAYANO, DAVID FERNANDEZ, CRYSTAL
MEDINA, JUAN HERNANDEZ, a/k/a "Pop," and
ALBERT YAGUDAYEV, a/k/a "Jeff,"

                                    Defendants.

1:23-cr-110-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On February 26, 2024, Defendant Hernandez requested a temporary bail modification. Hernandez is currently released on PBR with travel restrictions, restricting him to travel within the Southern District of New York and Eastern District of New York. Hernandez requested that his travel restrictions be amended temporarily to permit him to travel to North Carolina until March 18, 2024. As per defense counsel, neither the government nor Pretrial Services oppose the requested modification. Accordingly, Defendant's request is hereby GRANTED. Defendant shall comply with any reporting and/or monitoring requirements Pretrial Services deems appropriate. At a minimum, Defendant shall be required to check in with his Pretrial Services Officer on a weekly basis.

**SO ORDERED.**

**Date:  February 27, 2024**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**