USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BORIS AMINOV,<br><br>                              Defendant. | 23-cr-110 (MKV)<br><br>**ORDER MODIFYING BAIL CONDITION** |

This matter having come before the Court on the application of defendant Boris Aminov (by David M. Eskew, Esq., Abell Eskew Landau LLP, appearing); and the United States Attorney's Office for the Southern District of New York (Jeffrey Coyle, Assistant U.S. Attorney) and the United States Pretrial Services Office (Marlon Ovalles, U.S. Pretrial Services Officer) having consented to this application; and for good cause shown;

IT IS on this __10th__ day of April, 2024;

ORDERED that defendant's bail condition of home detention is temporarily modified to permit defendant to attend a meeting at the Aleph Institute, located at 543 Maple St., Ste. 1, Brooklyn, NY 11225, on April 12, 2024, between the hours of 1 p.m. and 3 p.m.; and

ORDERED that all other conditions previously imposed shall remain in effect.

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE