USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BORIS AMINOV, CHRISTY CORVALAN, IRINA POLVANOVA, ROMAN SHAMALOV, ANTONIO PAYANO, DAVID FERNANDEZ, CRYSTAL MEDINA, JUAN HERNANDEZ, a/k/a "Pop," JONATHAN GAVRIELOF, and ALBERT YAGUDAYEV, a/k/a "Jeff,"

Defendants.

1:23-cr-110-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In advance of the June 17, 2024 status conference scheduled in this matter, the parties shall file a joint status letter **on or before June 10, 2024** advising the Court of the status of the remaining Defendants in this action.

**SO ORDERED.**

**Date:** May 31, 2024
New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**