

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 10, 2024

**BY ECF and Email**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Aminov et al.*, S1 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

      The parties[1] respectfully submit this letter to provide a status update on this case in advance of the conference scheduled for June 17, 2024.

      On January 29, 2024, the Court set a trial date for October 16, 2024 and a schedule for the filing of pre-trial motions. Dkt. No. 172.

      Counsel for defendant Christy Corvalan has recently informed the Government that Corvalan intends to enter a change of plea pursuant to a plea agreement with the Government, and has sent the Government executed copies of the plea agreement and consent restitution order. The parties are still finalizing the terms of the consent forfeiture order. Once the Government receives that executed document, the Government will contact the Court to schedule Corvalan's change of plea.

      Defendant Albert Yagudayev was the only defendant to file a pre-trial motion, specifically, a motion to suppress search warrant returns from his cellphone. Dkt. No. 204. After that motion was denied without prejudice, Dkt. No. 228, Yagudayev refiled the motion on May 23, 2024. Dkt. No. 230.

---

[1] As of the filing of this letter, defendants Boris Aminov and Jonathan Gavrielof have entered a guilty plea. Defendants Dezyre Baez, David Fernandez and Crystal Medina have been accepted into the Young Adult Opportunity Program. Accordingly, these defendants are not parties to this letter.

All remaining defendants in this case are in discussions with the Government regarding potential pre-trial resolutions of this matter. If those discussions do not result in a plea, the parties anticipate proceeding to trial on October 16, 2024.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jeffrey W. Coyle
Jackie Delligatti
Assistant United States Attorneys
(212) 637-2437/2559