UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        -v.-

BORIS AMINOV,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:
:
:
:
:
:
:
:
:
:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2024

**FINAL ORDER OF FORFEITURE**

S1 23 Cr. 110 (MKV)

WHEREAS, on or about December 11, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 156), which ordered the forfeiture to the United States of all right, title and interest of BORIS AMINOV (the "Defendant") in $318,393 in United States currency seized from 86-09 66th Avenue, Rego Park, New York 11374 and 60 Oceana Drive West, Apartment 10D, Brooklyn, New York 11235 on or about March 2, 2023 (the "Specific Property");

WHEREAS, following entry of the Preliminary Order of Forfeiture, the Government determined that the Specific Property was seized in the following amounts from the following locations:

    a.  $298,393.00 in U.S. Currency seized on or about March 2, 2023, from 86-09 66th Avenue, Rego Park, NY 11374; and

    b.  $20,000.00 in U.S. Currency seized on or about March 2, 2023, from 60 Oceana Drive West, Apartment 10D, Brooklyn, NY 11235

(a. through b., collectively, the "Updated Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Updated Specific Property before the United States can have clear title to the Updated Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Updated Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 21, 2024, for thirty (30) consecutive days, through April 19, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on June 20, 2024 (D.E. 243);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Updated Specific Property have been filed;

WHEREAS, the Defendant is the only persons known by the Government to have a potential interest the Updated Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

2

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.　All right, title and interest in the Updated Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.　Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Updated Specific Property.

3.　The United States Marshals Service (or its designee) shall take possession of the Updated Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
　　_July 17th_____, 2024

SO ORDERED:

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE