USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-cr-110 (MKV) |
| -against- | **ORDER MODIFYING BAIL CONDITION** |
| BORIS AMINOV, Defendant. | |

This matter having come before the Court on the application of defendant Boris Aminov (by David M. Eskew, Esq., Abell Eskew Landau LLP, appearing); and the U.S. Pretrial Services Office (Marlon Ovalles, U.S. Pretrial Services Officer) having consented to this application; and the U.S. Attorney's Office for the Southern District of New York (Jeffrey Coyle, Assistant U.S. Attorney) taking no position regarding this application; and for good cause shown;

IT IS on this  19  day of August, 2024;

ORDERED that defendant's bail condition of home detention is hereby modified to a curfew on a schedule to be set by U.S. Pretrial Services and enforced by electronic location monitoring; and

ORDERED that all other conditions previously imposed shall remain in effect.

Date: August 19, 2024

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE