USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2024

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

September 22, 2024

By ECF

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Boris Aminov*, 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

This letter is submitted on behalf of defendant Boris Aminov to respectfully request that the Court extend Mr. Aminov's surrender date in connection with his sentence until the end of October. Mr. Aminov is scheduled to surrender tomorrow, September 23, 2024. He was prepared to do so as it appeared as though his brother's health would have improved. It appears that this has not come to fruition.

As the Court is aware, Mr. Aminov's brother suffered a medical emergency on July 19, 2024, and was admitted to Elmhurst Hospital in critical condition. Arkaidy Aminov has advanced multiple sclerosis and is a quadriplegic. Your Honor granted an extension submitted by co-counsel on August 1, 2024, permitting Mr. Aminov to surrender on September 23, 2024, and directed that an update be provided to the Court within 30 days of the issuance of the order. *See* D.E. 274. The update was provided on August 31, 2024, and it appeared that Arkaidy had stabilized and that his upcoming procedure would go ahead as planned. Unfortunately, this did not occur. Arkaidy had a surgical procedure on August 19, 2024, to remove a kidney stone and further surgery was planned for September 16, 2024, that was canceled due to an emergency surgery that had to be performed. Arkaidy has a tracheostomy collar at this time. *See* Ex. A, Letter dated September 20, 2024.[1]

The attached letter reflects the above and we have been attempting to obtain more specific information concerning Arkaidy's condition. As previously related to the Court, Mr. Aminov has been the primary caretaker for his brother and while Arkaidy will remain ill and in need of medical care in the future, Mr. Aminov was only hoping to surrender when his brother was stable in order to ameliorate the impact on their mother. We apologize for the timing of this letter, however, as

---

[1] Request is respectfully made to file Exhibits A-C under seal due to the personal/medical information referenced therein.

1

stated, we have been trying to gather additional information to provide to the Court concerning Arkaidy's condition.



Again, we apologize for the timing of this letter. We are sending it to the Government to ascertain their position.

Should the Court be unwilling to extend the surrender date until the end of October 2024 for the reasons set forth above, we respectfully request a brief extension to facilitate our continue efforts to further supplement Arkaidy Aminov's condition.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Aminov*

c.c.     All Counsel of Record (By ECF & Email)

---

**Defendant's request to extend his surrender date until the end of October 2024 is DENIED.  Defendant's surrender date is extended one week, to September 30, 2024.  SO ORDERED.**

Date: 9/23/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

2