USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BORIS AMINOV, CHRISTY CORVALAN, IRINA POLVANOVA, ROMAN SHAMALOV, ANTONIO PAYANO, DAVID FERNANDEZ, CRYSTAL MEDINA, JUAN HERNANDEZ, a/k/a "Pop," JONATHAN GAVRIELOF, and ALBERT YAGUDAYEV, a/k/a "Jeff,"<br><br>Defendants. | 1:23-cr-110-MKV<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court received a letter filed on October 16, 2024 by defendant's counsel requesting permission to have a representative from ALEPH provide a presentation to the Court at sentencing on October 29, 2024. [ECF at 339]. IT IS HEREBY ORDERED that the request is DENIED.

**SO ORDERED.**

**Date: October 21, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**