

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 16, 2026

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   **Re:**  *United States v. Boris Aminov, et al.*, **23 Cr. 110 (JMF)**

Dear Judge Furman:

   The Government writes to update the Court with respect to its order of January 20, 2026, requiring the Government to respond to Gilead's petition at ECF No. 318 (the "Gilead Petition") and Mercedes-Benz Financial Services' petition at ECF No. 574 (the "Mercedes-Benz Petition").

   As an initial matter, by the Court's order at ECF No. 580, the Mercedes-Benz Petition has now been resolved.

   With respect to Gilead's petition, the Government and counsel for Gilead are finalizing the terms of a stipulation that the parties expect will moot the Gilead Petition. The parties anticipate filing with the Court a stipulation and proposed Order resolving Gilead's petition no later than March 20, 2026.

                Respectfully submitted,

                JAY CLAYTON
In light of the parties' agreement in principle, the deadline    United States Attorney
for the Government to respond to the Gilead petition is
hereby extended to March 23, 2026.

      SO ORDERED.      By:  _____

                Jeffrey W. Coyle
      March 17, 2026       Jackie Delligatti
                Assistant United States Attorneys
                Southern District of New York
                (212) 637-2437/2559